UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLORIA JEAN GUIMARAES,<br><br>             Plaintiff,<br><br>     vs.<br><br>SPOKANE COUNTY JAIL, EASTERN STATE HOSPITAL, GEIGER CORRECTIONS FACILITY,<br><br>             Defendant. | NO.  CV-05-214-LRS<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE |

By Order filed August 28, 2005, the court directed Plaintiff to comply with the requirements of 28 U.S.C. § 1915(a)(2) or pay the $250.00 filing fee. Plaintiff did not comply and has filed nothing further in this action. Accordingly, **IT IS ORDERED** Plaintiff's request for leave to proceed *in forma pauperis* is **DENIED.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at her last known address and close the file.

**DATED** this    22nd    day of September, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE -- 1